**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-18665 | | | Trustee Name: | Margaret J. Smith |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DEMAURO, JOSEPH M | | | Date Filed (f) or Converted (c): | 04/17/2013 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 05/21/2013 |
| | | | | Claims Bar Date: | 09/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash | $1,500.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Partially exempt | | | | | |
| 2 | Household goods & furnishings | $1,000.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Exempt | | | | | |
| 3 | 2 collectible books | Unknown | $30.00 | | $30.00 | FA |
| Asset Notes: | #165 - 03/11/14 - Notice of Sale of Heuer Watch, Tony Bennet CD, Romantic Latin Favorites CD, Culture Warrior by Bill O'Reilly and Signed Book Midnight in the Garden of Good and Evil<br>#187 - 04/21/14 - Report of Sale of Heuer Watch, CD's, Book Midnight in the Garden, and Book BIll O'Reilly | | | | | |
| 4 | Framed kimono | Unknown | $525.00 | | $525.00 | FA |
| Asset Notes: | #144 - 01/30/14 - Notice of Sale of One (1) Kimono<br>#147 - 01/31/14 - Notice of Sale of One (1) Kimono, One (1) Framed Art Oriental Woman w/ Dragon Head, One (1) Framed Art Oriental Woman Sleeping and One (1) Calloway Golf Bag w/ King Cobra Irons<br>#158 - 03/05/14 - Report of Sale of Kimono, Framed Art Oriental Woman with Dragon Head, Framed Art Oriental Woman Sleeping & a Set of Golf Clubs | | | | | |
| 5 | 2 Oriental paintings | Unknown | $700.00 | | $700.00 | FA |
| Asset Notes: | #144 - 01/30/14 - Notice of Sale of One (1) Kimono<br>#147 - 01/31/14 - Notice of Sale of One (1) Kimono, One (1) Framed Art Oriental Woman w/ Dragon Head, One (1) Framed Art Oriental Woman Sleeping and One (1) Calloway Golf Bag w/ King Cobra Irons<br>#158 - 03/05/14 - Report of Sale of Kimono, Framed Art Oriental Woman with Dragon Head, Framed Art Oriental Woman Sleeping & a Set of Golf Clubs | | | | | |
| 6 | 3 music CDs | Unknown | $7.00 | | $7.00 | FA |
| Asset Notes: | #165 - 03/11/14 - Notice of Sale of Heuer Watch, Tony Bennet CD, Romantic Latin Favorites CD, Culture Warrior by Bill O'Reilly and Signed Book Midnight in the Garden of Good and Evil<br>#187 - 04/21/14 - Report of Sale of Heuer Watch, CD's, Book Midnight in the Garden, and Book BIll O'Reilly | | | | | |
| 7 | Jewelry | Unknown | $200.00 | | $200.00 | FA |
| Asset Notes: | #165 - 03/11/14 - Notice of Sale of Heuer Watch, Tony Bennet CD, Romantic Latin Favorites CD, Culture Warrior by Bill O'Reilly and Signed Book Midnight in the Garden of Good and Evil<br>#187 - 04/21/14 - Report of Sale of Heuer Watch, CD's, Book Midnight in the Garden, and Book BIll O'Reilly | | | | | |
| 8 | Golf clubs | Unknown | $225.00 | | $225.00 | FA |
| Asset Notes: | #147 - 01/31/14 - Notice of Sale of One (1) Kimono, One (1) Framed Art Oriental Woman w/ Dragon Head, One (1) Framed Art Oriental Woman Sleeping and One (1) Calloway Golf Bag w/ King Cobra Irons<br>#158 - 03/05/14 - Report of Sale of Kimono, Framed Art Oriental Woman with Dragon Head, Framed Art Oriental Woman Sleeping & a Set of Golf Clubs | | | | | |
| 9 | Adversary case 13-01718 - Settlement (u) | Unknown | $300,000.00 | | $300,000.00 | FA |
| Asset Notes: | #1 - 09/30/13 - Complaint by Margaret J. Smith against JC Whitestar, LLC. for injunctive relief, the substantive consolidation of JC Whitestar with the Debtor and/or alter ego; for declaratory relief pursuant to Rules 7001(2) and (9) of the Federal Rules of Bankruptcy Procedure; and to avoid and recover fraudulent transfers pursuant to 11 U.S.C. §§ 544 and Connecticut Statutes; to recover estate property pursuant to 11 U.S.C. §550 Filing Fee Paid. Nature of Suit:,(72 (Injunctive relief - other)),(14 (Recovery of money/property - other)),(91 | | | | | |

| Case No.: | 13-18665 | | | Trustee Name: | Margaret J. Smith |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DEMAURO, JOSEPH M | | | Date Filed (f) or Converted (c): | 04/17/2013 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 05/21/2013 |
| | | | | Claims Bar Date: | 09/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Attachments: # (1)Exhibit Wehle Rule 2004 Exam # (2) Exhibit Deed- May International Properties # (3) Exhibit Via Prestigio Deed # (4) Exhibit Connecticut Corporation Search printout of Morgan Associates Group, LLC # (5) Exhibit Connecticut Corporation Search printout of JC Whitestar, LLC # (6) Exhibit Listing Agreement- 40 Arrowhead)

#40 - 10/28/13 - Amended Complaint seeking injunctive relief, the substantive consolidation of JC Whitestar with the Debtor and/or alter ego; for declaratory relief pursuant to Rules 7001(2) and (9) of the Federal Rules of Bankruptcy Procedure; to avoid and recover fraudulent transfers pursuant to 11 U.S.C. § 544 and Connecticut Statutes; to avoid and recover post-petition transfers pursuant to 11 U.S.C. § 549; to recover estate property pursuant to 11 U.S.C. §550; and for turnover pursuant to 11 U.S.C. §542 by Margaret J. Smith against all defendants. (RE: 1 Adversary case 13-01718. Complaint by Margaret J. Smith against JC Whitestar, LLC. for injunctive relief, the substantive consolidation of JC Whitestar with the Debtor and/or alter ego; for declaratory relief pursuant to Rules 7001(2) and (9) of the Federal Rules of Bankruptcy Procedure; and to avoid and recover fraudulent transfers pursuant to 11 U.S.C. §§ 544 and Connecticut Statutes; to recover estate property pursuant to 11 U.S.C. §550 Filing Fee Paid. Nature of Suit:,(72 (Injunctive relief - other)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Attachments: # 1 Exhibit Wehle Rule 2004 Exam # 2 Exhibit Deed- May International Properties # 3 Exhibit Via Prestigio Deed # 4 Exhibit Connecticut Corporation Search printout of Morgan Associates Group, LLC # 5 Exhibit Connecticut Corporation Search printout of JC Whitestar, LLC # 6 Exhibit Listing Agreement- 40 Arrowhead)

#199 - 06/12/14 - Motion to Compromise Controversy with Constance Wehle, JC Whitestar, LLC and Morgan Associates Group, LLC

#203 - 07/08/14 - Order Granting Motion To Approve Stipulation To Compromise Controversy (Constance Wehle, JC Whitestar, LLC and Morgan Associates Group, LLC) (Re: # 199)

#223 - 01/22/15 - Motion for Sale of Property (Real Property Located at 529 S. Flagler Drive 15E, West Palm Beach, FL 33401)., Motion Authorize Trustee's Execution of Related Documents

#224 - 01/22/15 - Ex Parte Motion to Shorten Time to Notice Trustee's Motion to Approve Sale of Real Property and to Authorize Trustee's Execution of Related Documents

#226 - 01/22/15 - Ex Parte Order Granting Trustee's Ex Parte Motion to Shorten Time to Notice Motion to Approve Sale of Real Property and to Authorize Trustee's Execution of Related Documents (Re: #[224])

#233 - 02/06/15 - Order Granting Trustee's Motion to Approve Sale of Real Property and To Authorize Trustee's Execution of Related Documents (Re: # [223])

#267 - 07/07/16 - Notice of Compliance Filed by Trustee Margaret J. Smith (Re: [233] Order on Motion to Sell, Order on Miscellaneous Motion)

| 10 | Settlement with Joseph A. Saffi PC | (u) | Unknown | $76,656.88 | | $76,656.88 | FA |
| --- | --- | --- | --- | --- | --- | --- | --- |

**Asset Notes:** #1 - 09/30/13 - Adversary case 13-01718. Complaint by Margaret J. Smith against JC Whitestar, LLC. for injunctive relief, the substantive consolidation of JC Whitestar with the Debtor and/or alter ego; for declaratory relief pursuant to Rules 7001(2) and (9) of the Federal Rules of Bankruptcy Procedure; and to avoid and recover fraudulent transfers pursuant to 11 U.S.C. §§ 544 and Connecticut Statutes; to recover estate property pursuant to 11 U.S.C. §550 Filing Fee Paid. Nature of Suit:,(72 (Injunctive relief - other)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))

#40 - 10/28/13 - Amended Complaint seeking injunctive relief, the substantive consolidation of JC Whitestar with the Debtor and/or alter ego; for declaratory relief pursuant to Rules 7001(2) and (9) of the Federal Rules of Bankruptcy Procedure; to avoid and recover fraudulent transfers pursuant to 11 U.S.C. § 544 and Connecticut Statutes; to avoid and recover post-petition transfers pursuant to 11 U.S.C. § 549; to recover estate property pursuant to 11 U.S.C. §550; and for turnover pursuant to 11 U.S.C. §542 by Margaret J. Smith against all defendants. (RE: 1 Adversary case 13-01718. Complaint by Margaret J. Smith against JC Whitestar, LLC. for injunctive relief, the substantive consolidation of JC Whitestar with the Debtor and/or alter ego; for declaratory relief pursuant to Rules 7001(2) and (9) of the Federal Rules of Bankruptcy Procedure; and to avoid and recover fraudulent transfers pursuant to 11 U.S.C. §§ 544 and Connecticut Statutes; to recover estate property pursuant to 11 U.S.C. §550 Filing Fee Paid. Nature of Suit:,(72 (Injunctive relief - other)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))

#133 - 12/10/13 - Motion to Compromise Controversy with Jospeh A. Saffi, PC

#140 - 01/06/14 - Order Granting Motion to Approve Stipulation to Compromise Controversy (Re: # [133])

#264 - 07/07/16 - Notice of Compliance Filed by Trustee Margaret J. Smith (Re: [140] Order on Motion to Compromise Controversy).

| Case No.: | 13-18665 | | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | | Date Filed (f) or Converted (c): | 04/17/2013 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 05/21/2013 |
| | | | | Claims Bar Date: | 09/12/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Adversary case 13-01981 - Complaint by Margaret J Smith against May International Properties LTD., Inc.. Filing Fee Paid. Nature of Suit:,(91 (Declaratory judgment)) filed December 26, 2013 (u) | Unknown | $42,000.00 | | $42,430.33 | FA |
| Asset Notes: | Motion For Turnover Of Property (Assets) (DE 184) filed April 16, 2014 | | | | | |
| | Adversary Case 9:13-ap-1981 Closed. Judgment in Favor of Plaintiff filed April 27, 2014 (DE 189) | | | | | |
| | Order Granting Trustee's Application For Turnover Pursuant to 11 U.S.C. Section 542 (Re: # [184]) filed May 7, 2014 (DE 191) | | | | | |
| | Notice of Compliance Filed by Trustee Margaret J. Smith (Re: [191] Order on Motion for Turnover of Property) filed July 7, 2016 (DE 266) | | | | | |
| 12 | Settlement with Triple Crown Properties Related to Adversary Case No. 13-01718 (u) | Unknown | $70,000.00 | | $70,000.00 | FA |
| Asset Notes: | #168 - 03/13/14 - Order Granting Motion To Approve Stipulation to Compromise Controversy (Re: # [152]) | | | | | |
| | #152 - 02/11/14 - Motion to Compromise Controversy with Triple Crown Properties, Inc. | | | | | |
| | #265 - 07/07/16 - Notice of Compliance Filed by Trustee Margaret J. Smith (Re: [168] Order on Motion to Compromise Controversy). | | | | | |
| 13 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Adversary Case 13-01718 - Joseph DeMauro Trust Account balance (u) | $0.00 | $9,478.76 | | $9,478.76 | FA |
| Asset Notes: | #1 - 09/30/13 - Adversary case 13-01718. Complaint by Margaret J. Smith against JC Whitestar, LLC. for injunctive relief, the substantive consolidation of JC Whitestar with the Debtor and/or alter ego; for declaratory relief pursuant to Rules 7001(2) and (9) of the Federal Rules of Bankruptcy Procedure; and to avoid and recover fraudulent transfers pursuant to 11 U.S.C. §§ 544 and Connecticut Statutes; to recover estate property pursuant to 11 U.S.C. §550 Filing Fee Paid. Nature of Suit:,(72 (Injunctive relief - other)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Attachments: # 1 Exhibit Wehle Rule 2004 Exam # 2 Exhibit Deed- May International Properties # 3 Exhibit Via Prestigio Deed # 4 Exhibit Connecticut Corporation Search printout of Morgan Associates Group, LLC # 5 Exhibit Connecticut Corporation Search printout of JC Whitestar, LLC # 6 Exhibit Listing Agreement- 40 Arrowhead) | | | | | |
| | #2 - 09/30/13 - Motion for Preliminary Injunction Ex-Parte Verified Motion for Entry of Temporary Restraining Order and Scheduling Hearing to Consider Preliminary Injunction | | | | | |
| | #5 - 10/02/13 - Ex Parte Order Imposing Temporary Restraining Order on the Defendants (Re: # 2) | | | | | |
| | #13 - 10/09/13 - Order Continuing and Extending Temporary Restraining Order on the Defendant and Constance Wehle (Re: 2 Verified Motion for Entry of Temporary Restraining Order and Scheduling Hearing To Consider Preliminary Injunction filed by Plaintiff Margaret J. Smith). | | | | | |
| | #287 - 11/28/14 - Adversary Case 9:13-ap-1718 Closed. Complaint Dismissed | | | | | |
| | #288 - 07/07/16 - Notice of Compliance Filed by Plaintiff Margaret J. Smith (Re: [31] Order (Generic)). | | | | | |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Non-refundable advance related to potential asset recovery (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | #250 - 11/24/15 - Motion to Authorize Trustee to Enter into Funding Agreement and for Modified Compensation of Special Counsel | | | | | |
| | #253 - 12/28/15 - Order Granting Trustee's Motion to Authorize Trustee to Enter into Funding Agreement and for Modified Compensation of Special Counsel (Re: # 250) | | | | | |
| | #377 - 07/02/19 - Notice of Compliance Filed by Trustee Margaret J. Smith (Re: [253] Order on Miscellaneous Motion) | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-18665 | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | Date Filed (f) or Converted (c): | 04/17/2013 (f) |
| For the Period Ending: | 06/30/2023 | §341(a) Meeting Date: | 05/21/2013 |
| | | Claims Bar Date: | 09/12/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Potential recovery of overseas assets - Drumcliffe/Sequor Law (u) | $0.00 | $500,000.00 | | $4,462,813.21 | $1.00 |
| Asset Notes: | The Trustee is unable to provide an estimate for the value of assets being pursued and as a result a $1 value has been included as an estimate. #422 - 01/11/21 - Motion to Compromise Controversy with SCI Bellmonte #423 - 01/11/21 - Motion to Shorten Time to Consider Hearing on Motion to Approve Compromise, Motion to File Document UNDER SEAL. This Document WILL be Available for Public Viewing., Motion to Set Hearing (Re: [422] Motion to Compromise Controversy) #425 - 01/20/21 - Order Granting Trustee's Motion to (I) Shorten Notice With Respect to the Motion to Approve Settlement and Compromise of Controversy With SCI Bellmonte; and (II) File Settlement Agreement Under Seal (Re: #[423]) #426 - 01/20/21 - Sealed Document. This Document is Sealed and will NOT be Available for Public Viewing Filed by Trustee Margaret J. Smith (Re: [425] Order Shortening Time, Order on Motion to Seal Request, Order on Motion To Set Hearing) #428 - 01/26/21 - Order Granting Motion To Compromise Controversy With SCI Bellmonte (Re: # [422]) | | | | | |
| 18 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                   **Gross Value of Remaining Assets**

                   $2,500.00           $1,009,824.64           $4,973,066.18           $1.00

**Major Activities affecting case closing:**

08/21/2014    Claims Bar Date: September 12, 2013
Claims Review Status: Complete
Tax Return Status: 2014, 2015, 2016, 2019 and 2021 - complete. 2017, 2018 & 2020 - not required - 2022 on extension

June 30, 2023: A settlement is being negotiated regarding the remaining undisclosed assets in the case. The Trustee anticipates the settlement will be finalized and related pleadings filed seeking Court approval in July 2023.

| Initial Projected Date Of Final Report (TFR): | 09/30/2014 | Current Projected Date Of Final Report (TFR): | 03/31/2024 | /s/ MARGARET J. SMITH |
|---|---|---|---|---|
| | | | | MARGARET J. SMITH |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2014 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $44,032.62 | | $44,032.62 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.92 | $44,009.70 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $73.30 | $43,936.40 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $66.32 | $43,870.08 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $75.36 | $43,794.72 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $63.83 | $43,730.89 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $70.56 | $43,660.33 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $72.72 | $43,587.61 |
| 02/12/2015 | (9) | Leslie Robert Evans & Assoc., P.A. | #223 - 01/22/2015 - Motion for Sale of Property (Real Property Located at 529 S. Flagler Drive 15E, West Palm Beach, FL 33401)., Motion Authorize Trustee's Execution of Related Documents #233 - 02/06/2015 - Order Granting Trustee's Motion to Approve Sale of Real Property and To Authorize Trustee's Execution of Related Documents (Re: # 223) | 1241-000 | $300,000.00 | | $343,587.61 |
| 02/25/2015 | | Transfer From: #*********6502 | | 9999-000 | $76,448.36 | | $420,035.97 |
| 02/25/2015 | | Transfer From: #*********6503 | | 9999-000 | $70,000.00 | | $490,035.97 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $398.35 | $489,637.62 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $764.63 | $488,872.99 |
| 04/02/2015 | 5001 | Astigarraga Davis Mullins & Grossman, PA | #235 - 02/11/2015 - Motion for Payment of Costs Incurred by Special Counsel, in the Amount of $10,160.95 #239 - 03/17/2015 - Order Granting Trustee's Motion for Order Allowing Payment of Costs Incurred by Special Counsel (Re: # 235) | 3220-610 | | $10,160.95 | $478,712.04 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $754.45 | $477,957.59 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $771.27 | $477,186.32 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $745.19 | $476,441.13 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $818.43 | $475,622.70 |
| | | | | **SUBTOTALS** | **$490,480.98** | **$14,858.28** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $717.99 | $474,904.71 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $741.63 | $474,163.08 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $789.83 | $473,373.25 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $714.59 | $472,658.66 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $762.72 | $471,895.94 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $761.49 | $471,134.45 |
| 02/08/2016 | (16) | Drumcliffe Partners II, LLC | #250 - 11/24/2015 - Motion to Authorize Trustee to Enter into Funding Agreement and for Modified Compensation of Special Counsel<br>#253 - 12/28/2015 - Order Granting Trustee's Motion to Authorize Trustee to Enter into Funding Agreement and for Modified Compensation of Special Counsel (Re: # 250) | 1229-000 | $10,000.00 | | $481,134.45 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $722.15 | $480,412.30 |
| 03/29/2016 | 5002 | GREENSPOON MARDER, P.A. | #258 - 03/29/16 - Order Approving First Interim Application For Compensation (Re: # [255]) for Michael R. Bakst, fees awarded: $238078.00, expenses awarded: $13668.48 | 3210-000 | | $238,078.00 | $242,334.30 |
| 03/29/2016 | 5003 | GREENSPOON MARDER, P.A. | #258 - 03/29/16 - Order Approving First Interim Application For Compensation (Re: # [255]) for Michael R. Bakst, fees awarded: $238078.00, expenses awarded: $13668.48 | 3220-000 | | $13,668.48 | $228,665.82 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $775.24 | $227,890.58 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $367.74 | $227,522.84 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $355.30 | $227,167.54 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $354.75 | $226,812.79 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $366.00 | $226,446.79 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $365.41 | $226,081.38 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $376.59 | $225,704.79 |

**SUBTOTALS** $10,000.00 $259,917.91

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $340.72 | $225,364.07 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $351.93 | $225,012.14 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $363.10 | $224,649.04 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $362.51 | $224,286.53 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $326.90 | $223,959.63 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $384.71 | $223,574.92 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $325.86 | $223,249.06 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $360.25 | $222,888.81 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $371.27 | $222,517.54 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $335.91 | $222,181.63 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $358.53 | $221,823.10 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $357.95 | $221,465.15 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $345.84 | $221,119.31 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $345.30 | $220,774.01 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $356.26 | $220,417.75 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $355.68 | $220,062.07 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $320.74 | $219,741.33 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $366.03 | $219,375.30 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $331.16 | $219,044.14 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $353.47 | $218,690.67 |
| 11/07/2018 | 5004 | Annette DeMauro | #348 - 10/18/18 - Motion To Make Interim Distribution to Annette DeMauro<br>#358 - 11/01/18 - Order Granting Trustee's Motion To Make Interim Distribution to Annette DeMauro (Re: # 348) | 4220-000 | | $50,000.00 | $168,690.67 |
| | | | **SUBTOTALS** | | $0.00 | $57,014.12 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 13-18665 | | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2018 | 5005 | GLASS RATNER ADVISORY & CAPITAL GROUP, LLC | #346 - 09/28/18 - First Application for Interim Compensation for Alan Barbee, Accountant, Period: 12/6/2013 to 9/24/2018, Fee: $44,024.00, Expenses: $184.56<br>#355 - 10/29/18 - Order Granting First Interim Application For Compensation (Re: # 346) for Alan Barbee, fees awarded: $44024.00, expenses awarded: $184.56 | * | | $44,208.56 | $124,482.11 |
| | | | ($44,024.00) | 3310-000 | | | $124,482.11 |
| | | | ($184.56) | 3320-000 | | | $124,482.11 |
| 11/07/2018 | 5006 | GREENSPOON MARDER, P.A. | #339 - 09/13/18 - Second Interim Application for Compensation for Michael R. Bakst Esq., Attorney-Trustee, Period: 2/24/2016 to 8/31/2018, Fee: $87,755.50, Expenses: $0.00<br>#351 - 10/12/18 - Order Granting Second Interim Application For Compensation (Re: # 339) | 3210-000 | | $87,755.50 | $36,726.61 |
| 01/29/2020 | 5007 | MARGARET J. SMITH | #395 - 12/06/19 - First Application for Interim Compensation for Margaret J. Smith, Trustee Chapter 7, Period: 4/17/2013 to 12/6/2019, Fee: $28,762.65, Expenses: $529.73<br>#403 - 01/28/20 - Order Granting First Interim Application For Compensation (Re: # [395]) for Margaret J. Smith, fees awarded: $28762.65, expenses awarded: $529.73 | * | | $29,292.38 | $7,434.23 |
| | | | ($28,762.65) | 2100-000 | | | $7,434.23 |
| | | | ($529.73) | 2200-000 | | | $7,434.23 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.38 | $7,421.85 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.20 | $7,410.65 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.95 | $7,398.70 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.78 | $7,387.92 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.92 | $7,376.00 |
| | | | | SUBTOTALS | $0.00 | $161,314.67 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2021 | (17) | MME JOELLE BASTOR BENSA/SCI BELLMONTE | #422 - 01/11/21 - Motion to Compromise Controversy with SCI Bellmonte #423 - 01/11/21 - Motion to Shorten Time to Consider Hearing on Motion to Approve Compromise, Motion to File Document UNDER SEAL. This Document WILL be Available for Public Viewing., Motion to Set Hearing (Re: [422] Motion to Compromise Controversy) #425 - 01/20/21 - Order Granting Trustee's Motion to (I) Shorten Notice With Respect to the Motion to Approve Settlement and Compromise of Controversy With SCI Bellmonte; and (II) File Settlement Agreement Under Seal (Re: #[423]) #426 - 01/20/21 - Sealed Document. This Document is Sealed and will NOT be Available for Public Viewing Filed by Trustee Margaret J. Smith (Re: [425] Order Shortening Time, Order on Motion to Seal Request, Order on Motion To Set Hearing) #428 - 01/26/21 - Order Granting Motion To Compromise Controversy With SCI Bellmonte (Re: # [422]) | 1229-000 | $28,213.21 | | $35,589.21 |
| | | | **SUBTOTALS** | | **$28,213.21** | **$0.00** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2021 | (17) | ETUDE DE MAITRE MAGALI CROVETTO/SCI BELLEMONTE | #422 - 01/11/21 - Motion to Compromise Controversy with SCI Bellmonte #423 - 01/11/21 - Motion to Shorten Time to Consider Hearing on Motion to Approve Compromise, Motion to File Document UNDER SEAL. This Document WILL be Available for Public Viewing., Motion to Set Hearing (Re: [422] Motion to Compromise Controversy) #425 - 01/20/21 - Order Granting Trustee's Motion to (I) Shorten Notice With Respect to the Motion to Approve Settlement and Compromise of Controversy With SCI Bellmonte; and (II) File Settlement Agreement Under Seal (Re: #[423]) #426 - 01/20/21 - Sealed Document. This Document is Sealed and will NOT be Available for Public Viewing Filed by Trustee Margaret J. Smith (Re: [425] Order Shortening Time, Order on Motion to Seal Request, Order on Motion To Set Hearing) #428 - 01/26/21 - Order Granting Motion To Compromise Controversy With SCI Bellmonte (Re: # [422]) | 1229-000 | $4,434,600.00 | | $4,470,189.21 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6,284.67 | $4,463,904.54 |
| 05/03/2021 | 5008 | Drumcliff Partners II, LLC | Recovery of fees & costs #472 - 04/30/21 - Order Granting Motion (I) Authorizing Reimbursement of Advances Made by Funder; (II) Authorizing Distributions Pursuant to Funding Agreement; and (III) Authorizing Interim Distribution to Creditors Re: # [457] | * | | $837,141.75 | $3,626,762.79 |
| | | | ($810,412.82) | 3210-602 | | | $3,626,762.79 |
| | | | ($26,728.93) | 2990-000 | | | $3,626,762.79 |

**SUBTOTALS** $4,434,600.00 $843,426.42

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2021 | 5009 | Drumcliffe Partners II, LLC | Funder 25% recovery #472 - 04/30/21 - Order Granting Motion (I) Authorizing Reimbursement of Advances Made by Funder; (II) Authorizing Distributions Pursuant to Funding Agreement; and (III) Authorizing Interim Distribution to Creditors Re: # [457] | 2990-002 | | $906,417.86 | $2,720,344.93 |
| 05/03/2021 | 5010 | Sequor Law | #472 - 04/30/21 - Order Granting Motion (I) Authorizing Reimbursement of Advances Made by Funder; (II) Authorizing Distributions Pursuant to Funding Agreement; and (III) Authorizing Interim Distribution to Creditors Re: # [457] | 3210-602 | | $906,417.86 | $1,813,927.07 |
| 05/03/2021 | 5011 | Annette DeMauro | #472 - 04/30/21 - Order Granting Motion (I) Authorizing Reimbursement of Advances Made by Funder; (II) Authorizing Distributions Pursuant to Funding Agreement; and (III) Authorizing Interim Distribution to Creditors Re: # [457] | 4220-000 | | $1,725,000.00 | $88,927.07 |
| 05/04/2021 | | Veritex Community Bank | Bank Fee Reversal (wire fee reversal) | 2600-000 | | ($2,120.29) | $91,047.36 |
| 05/17/2021 | 5012 | GREENSPOON MARDER, LLP | #478 - 05/17/21 - Order Granting Third Interim Application For Compensation (Re: # [468]) for Michael R. Bakst, fees awarded: $29839.00, expenses awarded: $6.38 | * | | $29,845.38 | $61,201.98 |
| | | | ($29,839.00) | 3210-000 | | | $61,201.98 |
| | | | ($6.38) | 3220-000 | | | $61,201.98 |
| 06/03/2021 | | Veritex Commnity Bank | Bank Service Fee Reversal | 2600-000 | | ($4,134.38) | $65,336.36 |
| 06/24/2021 | 5013 | MARGARET J. SMITH | #489 - 06/23/21 - Order Granting Final Application For Compensation (Re: # [479]) for Margaret J. Smith, fees awarded: $91106.61, expenses awarded: $543.35 | * | | $62,357.58 | $2,978.78 |
| | | | ($62,343.96) | 2100-000 | | | $2,978.78 |
| | | | ($13.62) | 2200-000 | | | $2,978.78 |

| | | | | SUBTOTALS | $0.00 | $3,623,784.01 | |

| Case No. | 13-18665 | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2021 | 5014 | DAVID A. RAY, P.C. | #260 - 05/09/16 - Application for Final Compensation for David A Ray Esq., Special Counsel, Period: 1/17/2014 to 5/9/2016, Fee: $1,537.50, Expenses: $3.55<br>#491 - 06/24/21 - Order Granting Application For Compensation (Re: # [260]) for David A Ray, fees awarded: $1537.50, expenses awarded: $3.55 | * | | $1,541.05 | $1,437.73 |
| | | | ($1,537.50) | 3210-600 | | | $1,437.73 |
| | | | ($3.55) | 3220-610 | | | $1,437.73 |
| 08/21/2021 | 5014 | STOP PAYMENT: DAVID A. RAY, P.C. | #260 - 05/09/16 - Application for Final Compensation for David A Ray Esq., Special Counsel, Period: 1/17/2014 to 5/9/2016, Fee: $1,537.50, Expenses: $3.55<br>#491 - 06/24/21 - Order Granting Application For Compensation (Re: # [260]) for David A Ray, fees awarded: $1537.50, expenses awarded: $3.55 | * | | ($1,541.05) | $2,978.78 |
| | | | $1,537.50 | 3210-604 | | | $2,978.78 |
| | | | $3.55 | 3220-614 | | | $2,978.78 |
| 08/21/2021 | 5015 | DAVID A. RAY, P.C. | #260 - 05/09/16 - Application for Final Compensation for David A Ray Esq., Special Counsel, Period: 1/17/2014 to 5/9/2016, Fee: $1,537.50, Expenses: $3.55<br>#491 - 06/24/21 - Order Granting Application For Compensation (Re: # [260]) for David A Ray, fees awarded: $1537.50, expenses awarded: $3.55 | * | | $1,541.05 | $1,437.73 |
| | | | ($1,537.50) | 3210-600 | | | $1,437.73 |
| | | | ($3.55) | 3220-610 | | | $1,437.73 |
| 09/20/2021 | | Veritex Community Bank | Corrective Bank Fee Reversal 6/3/21 | 2600-000 | | ($30.00) | $1,467.73 |

**SUBTOTALS** $0.00 $1,511.05

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| | |
|---|---|
| Case No. | 13-18665 |
| Case Name: | DEMAURO, JOSEPH M |
| Primary Taxpayer ID #: | **-***0522 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2022 |
| For Period Ending: | 06/30/2023 |

| | |
|---|---|
| Trustee Name: | Margaret J. Smith |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******6501 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $129,177,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $4,963,294.19 | $4,961,826.46 | $1,467.73 |
| | | | **Less: Bank transfers/CDs** | $190,480.98 | $0.00 | |
| | | | **Subtotal** | $4,772,813.21 | $4,961,826.46 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $4,772,813.21 | $4,961,826.46 | |

**For the period of 07/01/2022 to 06/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/22/2014 to 6/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $4,772,813.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,772,813.21 |
| Total Internal/Transfer Receipts: | $190,480.98 |
| | |
| Total Compensable Disbursements: | $2,338,577.92 |
| Total Non-Compensable Disbursements: | $2,623,248.54 |
| Total Comp/Non Comp Disbursements: | $4,961,826.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 10

| Case No. | 13-18665 | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | Checking Acct #: | ******6502 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Saffi settlement |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2014 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $76,448.36 | | $76,448.36 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $39.79 | $76,408.57 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $127.27 | $76,281.30 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $115.15 | $76,166.15 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $130.83 | $76,035.32 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $110.82 | $75,924.50 |
| 12/31/2014 | | Green Bank | Reverse Bank Fees | 2600-000 | | ($523.86) | $76,448.36 |
| 02/25/2015 | | Transfer To: #*********6501 | | 9999-000 | | $76,448.36 | $0.00 |
| | | | TOTALS: | | $76,448.36 | $76,448.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $76,448.36 | $76,448.36 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 07/22/2014 to 6/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $76,448.36 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $76,448.36 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 11

| Case No. | 13-18665 | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0522 | Checking Acct #: | ******6503 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Triple Crown |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2014 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $70,000.00 | | $70,000.00 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $36.43 | $69,963.57 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $116.54 | $69,847.03 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $105.44 | $69,741.59 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $119.80 | $69,621.79 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $101.47 | $69,520.32 |
| 12/31/2014 | | Green Bank | Reverse Bank fee | 2600-000 | | ($479.68) | $70,000.00 |
| 02/25/2015 | | Transfer To: #*********6501 | | 9999-000 | | $70,000.00 | $0.00 |
| | | | **TOTALS:** | | $70,000.00 | $70,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $70,000.00 | $70,000.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 07/22/2014 to 6/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $70,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $70,000.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 12

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******3266 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/15/2013 | (14) | Joseph M. DeMauro | Order Continuing and Extending Temporary Restraining Order on the Defendant and Constance Wehle (Re: 2 Motion for Preliminary Injunction filed by Plaintiff Margaret J. Smith) dated October 22, 2013 (DE 31) | 1241-000 | $9,478.76 | | $9,478.76 |
| 11/20/2013 | 101 | Constance Wehle | Order Continuing and Extending Temporary Restraining Order on the Defendant and Constance Wehle (Re: 2 Motion for Preliminary Injunction filed by Plaintiff Margaret J. Smith) dated 10/22/13 (DE 31) | 2990-000 | | $9,478.76 | $0.00 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | ($10.00) |
| 12/10/2013 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | ($10.00) | $0.00 |
| 03/10/2014 | | Auction America, Inc. Trust Account | Report of Sale of Kimono, Framed Art Oriental Woman with Dragon Head, Framed Art Oriental Woman Sleeping & a Set of Golf Clubs (DE 158) filed 3/5/14 | * | $1,450.00 | | $1,450.00 |
| | {4} | | $525.00 | 1129-000 | | | $1,450.00 |
| | {5} | | $700.00 | 1129-000 | | | $1,450.00 |
| | {8} | | $225.00 | 1129-000 | | | $1,450.00 |
| 04/22/2014 | | Auction America Inc. Trust Account | Report of Sale of Heuer Watch, CD's, Book Midnight in the Garden, and Book BIll O'Reilly (DE 187) filed 4/21/14 | * | $237.00 | | $1,687.00 |
| | {3} | | $30.00 | 1129-000 | | | $1,687.00 |
| | {6} | | $7.00 | 1129-000 | | | $1,687.00 |
| | {7} | | $200.00 | 1129-000 | | | $1,687.00 |
| 05/07/2014 | 102 | Auction America, Inc. | Ex Parte Application to Employ Stan L. Crooks and Auction America, Inc. as Auctioneer filed 3/10/14 (DE 159) Order Authorizing Retention of Auctioneer Stan L. Crooks, and Payment of Auction Expenses (Re: # [159]) (DE 162) filed 3/11/14 | 3620-000 | | $25.00 | $1,662.00 |

**SUBTOTALS** $11,165.76 $9,503.76

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 13

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******3266 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/22/2014 | (11) | Jones, Foster, Johnston & Stubbs, P.A. | Motion For Turnover Of Property (Assets) (DE 184) filed 4/16/14 Order Granting Trustee's Application For Turnover Pursuant to 11 U.S.C. Section 542 (Re: # [184]) (DE 191) filed 5/7/14 | 1241-000 | $42,430.33 | | $44,092.33 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $11.61 | $44,080.72 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $48.10 | $44,032.62 |
| 07/22/2014 | | Green Bank | Transfer Funds | 9999-000 | | $44,032.62 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | TOTALS: | $53,596.09 | $53,596.09 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $44,032.62 | |
| | Subtotal | $53,596.09 | $9,563.47 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $53,596.09 | $9,563.47 | |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 11/15/2013 to 6/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $53,596.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $53,596.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $9,563.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $9,563.47 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $44,032.62 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 14

| Case No. | 13-18665 | | Trustee Name: | Margaret J. Smith |
| --- | --- | --- | --- | --- |
| Case Name: | DEMAURO, JOSEPH M | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0522 | | Checking Acct #: | ******3267 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Saffi settlement |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2014 | (10) | Joseph A. Saffi | Motion to Compromise Controversy with Jospeh A. Saffi, PC (DE 133) filed 12/10/13 Order Granting Motion to Approve Stipulation to Compromise Controversy (Re: # [133]) (DE 140) dated 01/06/14 | 1241-000 | $76,656.88 | | $76,656.88 |
| 07/22/2014 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $208.52 | $76,448.36 |
| 07/22/2014 | | Green Bank | Transfer Funds | 9999-000 | | $76,448.36 | $0.00 |

|  |  |  |
| --- | --- | --- |
| **TOTALS:** | $76,656.88 | $76,656.88 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $76,448.36 | |
| **Subtotal** | $76,656.88 | $208.52 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $76,656.88 | $208.52 | |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 12/09/2013 to 6/30/2023 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $76,656.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $76,656.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $208.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $208.52 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $76,448.36 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 15

| Case No. | 13-18665 | Trustee Name: | Margaret J. Smith |
| --- | --- | --- | --- |
| Case Name: | DEMAURO, JOSEPH M | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***0522 | Checking Acct #: | ******3268 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Triple Crown Settlement |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2014 | (12) | Triple Crown Construction and Real Estate Group | Acct #1; Payment #1 Motion to Compromise Controversy with Triple Crown Properties, Inc. filed 2/11/14 (DE 152) Order Granting Motion To Approve Stipulation to Compromise Controversy (DE 168) filed 3/13/14 | 1241-000 | $70,000.00 | | $70,000.00 |
| 07/22/2014 | | Green Bank | Transfer Funds | 9999-000 | | $70,000.00 | $0.00 |
| | | | TOTALS: | | $70,000.00 | $70,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $70,000.00 | |
| | | | Subtotal | | $70,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $70,000.00 | $0.00 | |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 03/13/2014 to 6/30/2023 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $70,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $70,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $70,000.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 16

| | |
|---|---|
| **Case No.** | 13-18665 |
| **Case Name:** | DEMAURO, JOSEPH M |
| **Primary Taxpayer ID #:** | **-***0522 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 07/01/2022 |
| **For Period Ending:** | 06/30/2023 |

| | |
|---|---|
| **Trustee Name:** | Margaret J. Smith |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******3268 |
| **Account Title:** | Triple Crown Settlement |
| **Blanket bond (per case limit):** | $129,177,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,973,066.18 | $4,971,598.45 | $1,467.73 |

**For the period of 07/01/2022 to 06/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/13/2014 to 6/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $4,973,066.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,973,066.18 |
| Total Internal/Transfer Receipts: | $336,929.34 |
| | |
| Total Compensable Disbursements: | $2,348,349.91 |
| Total Non-Compensable Disbursements: | $2,623,248.54 |
| Total Comp/Non Comp Disbursements: | $4,971,598.45 |
| Total Internal/Transfer Disbursements: | $336,929.34 |

/s/ MARGARET J. SMITH

MARGARET J. SMITH